**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00015-CV**
_____

**IN RE COMMITMENT OF DAVID WAYNE JONES**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 03-05-03117-CV**

**MEMORANDUM OPINION**

David Wayne Jones, a sexually violent predator who is the subject of a civil commitment order, filed a notice of appeal complaining about a letter he received from the Texas Civil Commitment Office, which is dated November 17, 2022. In the letter, the Civil Commitment Office notified Jones that because he was incarcerated, the Office's duties to him including its duty to conduct "a biennial examination" were suspended.[1]

---

[1]*See generally* Tex. Health & Safety Code Ann. § 841.150 ("The duties imposed on the office and the judge by this chapter are suspended for the duration of a detention or confinement of a committed person in a correctional facility[.]").

After Jones filed his appeal, the Court's Clerk sent Jones a notice informing him that it did not appear he was attempting to bring an appeal from a judgment or from an appealable order. We asked Jones to identify the statute or rule authorizing his appeal. Even though Jones filed a response to the Court's letter, his response fails to identify a final judgment or an order from which an appeal is authorized by law.

Accordingly, we dismiss the appeal for lack of jurisdiction.[2]

APPEAL DISMISSED.

PER CURIAM

Submitted on March 8, 2023
Opinion Delivered March 9, 2023

Before Golemon, C.J., Horton and Johnson, JJ.

---

[2] *See* Tex. R. App. P. 42.3(a), 43.2(f).